MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**February 21, 2020**

**VIA ECF**
The Hon. Magistrate Judge Stewart D. Aaron
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312



    *Re:*    Alexander Gomez v. Dorado Tacos II, LLC et al.
            Civil Action No.: 1:19-cv-11360-KPF

Dear Magistrate Judge Stewart D. Aaron:

    I represent the Plaintiff in the above-referenced matter. On December 18, 2019 this Honorable Court issued an Order for an Initial Conference to be held on February 25, 2020. I am writing to inform the Court that on December 23, 2019 the Secretary of State was served by delivering two true copies of the Summons and Complaint to: Soue Zouky at 99 Washington Ave, Albany, NY 12231, as the designated agent for the New York Secretary of State on behalf of El Dorado Tacos II, LLC and 28 East 12th Street Realty Company, LLC, (Defendants), as today Defendants haven't appeared. On February 20, 2020 we mailed a copy of the Request of the Clerk's Certificate of Default to the Defendants.

    I request a thirty (30) days adjournment of the Initial Conference.

    This is the first request for an adjournment of the Initial Conference.

    I thank your honor for considering this request.

Respectfully Submitted,


						BARDUCCI LAW FIRM
						s/Maria Costanza Barducci, Esq.
						MARIA COSTANZA BARDUCCI, ESQ.


cc: Via CM/ECF Only

```
Application GRANTED.  The initial pretrial conference is hereby
ADJOURNED sine die.  Plaintiff shall file its motion for an order to
show cause for default judgment on or before March 20, 2020.

Dated:     February 21, 2020        SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE