MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**March 23, 2020**

VIA ECF
The Hon. Judge Katherine Polk Failla
United States District Magistrate Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007



      *Re:*    *Alexander Gomez v. Dorado Tacos II, LLC et al.*
            *Civil Action No.: 1:19-cv-11360-KPF*

Dear Judge Katherine Polk Failla:

      I represent the Plaintiff in the above-referenced matter. On February 21, 2020 this Honorable Court issued an Order to a file a Motion for an Order to Show Cause for Default Judgment on or before March 20, 2020. I am writing to inform the Court that Defendant has previously contacted me and stated that he was in the process of retaining an attorney however in light of the COVID-19 virus outbreak and closing the business, Defendant has not been able to do so. I request an extension of time of sixty (60) days to file the Motion for an Order to Show Cause for Default Judgment on this matter and to allow Defendant time to hire an attorney.

      This is the first request for an extension of time to file a Motion for an Order to Show Cause for default judgment.

      Thank you for your consideration.

                                                Respectfully Submitted,

                                                BARDUCCI LAW FIRM
                                                s/Maria Costanza Barducci, Esq.
                                                MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

Application GRANTED.

Dated: March 23, 2020        SO ORDERED.
       New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE