MARIA-COSTANZA BARDUCCI
## BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

---

**July 21, 2020**

VIA ECF
The Hon. Judge Katherine Polk Failla
United States District Magistrate Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007



    Re:    *Alexander Gomez v. Dorado Tacos II, LLC et al.*
            *Civil Action No.: 1:19-cv-11360-KPF*
            *Joint Letter-Motion to Adjourn Conference (Per DE#26)*

Dear Judge Katherine Polk Failla:

    I represent the Plaintiff in the above-referenced matter.

    The Court's Order (DE#26) invited the parties to move for an adjournment of the initial pretrial conference being that the parties have already agreed to a discovery schedule under the Case Management Plan submitted by the parties.

    The parties have no other issues pending before the Court at this time.

    Therefore, the parties request that the conference be adjourned.

    The defendant consents to this request.

    Thank you for your consideration.

                                              Respectfully Submitted,
                                            BARDUCCI LAW FIRM
                                            <u>s/Maria Costanza Barducci, Esq.</u>
                                            MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

```
Application GRANTED.  The conference scheduled for July 24, 2020,
is hereby ADJOURNED sine die.  Per the civil case management
plan and scheduling order dated July 20, 2020 (Dkt. #26), the
next Pretrial Conference is set for December 14, 2020, at 10:00
a.m. in Courtroom 618, 40 Centre Street, New York, NY 10007.
                                       SO ORDERED.
Dated:    July 21, 2020
          New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```