MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

---

**December 10, 2020**

**Via CM/ECF**
Honorable Katherine Polk Failla
United States District Magistrate Judge
Southern District of New York

      Re:    *Alexander Gomez v. Dorado Tacos II, LLC et al.*
             *Civil Action No.: 1:19-cv-11360-KPF*
             *Joint Status Report and Joint Letter-Motion to Adjourn Conference*

Dear Judge Katherine Polk Failla:

    I represent the Plaintiff in the above-referenced matter.

    The parties have settled this matter, memorialized, and executed their settlement agreement.

    Under the parties' settlement agreement, they need until February 28, 2021 to file the stipulation of dismissal.

    Accordingly, it is respectfully requested that the Court cancel and/or adjourn the conference scheduled for December 14, 2020, at 10:00 a.m.

    The Defendants consent to this request.

    Thank you for your consideration.

                                    Respectfully Submitted,
                                    BARDUCCI LAW FIRM
                                    <u>s/Maria Costanza Barducci, Esq.</u>
                                    MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only