UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CARLOS LUIZ FLOREZ,

              Plaintiff,

vs.

GIANO, INC. and 126 EAST 7TH LLC,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. :20-cv-00086-ER

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff CARLOS RUIZ FLOREZ and Defendants, GIANO, INC. and 126 EAST 7TH LLC, by and through undersigned counsel and pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action *with prejudice,* and to dismiss all cross-claims and counterclaims *with prejudice.*

Dated:   New York, New York
           September 29, 2020

_/s/ Maria Costanza Barducci_
By: Maria Costanza Barducci, Esq.
BARDUCCI LAW FIRM
Attorneys for Plaintiffs
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554
Email: mc@barduccilaw.com
Bar No.: 5070487

_/s/ Frances Malfa_
By: Frances Malfa, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
Attorneys for Defendant
GIANO, INC.
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
99992.00183

By: Juan C. González, Esq.
RUBIN PATERNITI GONZALEZ
KAUFMAN
Attorneys for Defendant
126 EAST 7TH LLC
555 Fifth Avenue, Suite 600
New York, New York 10017
(646) 893-2386

"SO ORDERED"

_____
          J.S.C.

- 2 -